UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

US CAPITAL HOLDINGS, LLC,

Debtor.                         Chapter 11
_____/

Case No. 12-14517-JKO
Jointly Administered

In re:

US CAPITAL/ FASHION MALL, LLC,[1]

            Debtor.
_____/

Case No. 12-14519-RBR

Chapter 11

**DEBTOR-IN-POSSESSION'S APPLICATION FOR EMPLOYMENT
OF SPECIAL COUNSEL FOR DEVELOPMENT MATTERS, APPROVAL OF
PAYMENT OF RETAINER DEPOSIT, AND APPROVAL OF ADMINISTRATIVE
CLAIM FOR MAPUCHE, LLC TO ADVANCE THE RETAINER**

US Capital/Fashion Mall, LLC ("Fashion Mall"), debtor-in-possession, pursuant to 11 U.S.C. §327, §364(a), and §503(b) and Bankruptcy Rule 2014, respectfully requests an order of the court authorizing the employment of Paul D'Arelli of Florida Zoning Law Group, P.A., approving the payment of a $10,000 retainer deposit, and approving the debtor incurring an administrative priority obligation to Mapuche LLC for advancing the retainer on the debtor's behalf, and states:

1.     On February 24, 2012, the debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code.  No trustee has been appointed and no creditors' committee formed.

2.     The court entered an order jointly administering Fashion Mall's case with that of its

parent company [DE 26]. Together, the two debtors own and operate a business engaged in the redevelopment of the former "Fashion Mall at Plantation" into a large, mixed-use project called "321 North."

3.      The debtor desires to employ Paul D'Arelli of Florida Zoning Law Group, P.A. as its special counsel for the purpose of representing it before the City of Plantation in connection with the development entitlements for the redevelopment of the former mall. Mr. D'Arelli performed these services at his former firm, and his expertise and experience with the entitlements issues makes his engagement necessary to the reorganization of this debtor.

4.      The debtor believes that Mr. D'Arelli is qualified to advise the debtor on its relations with, and responsibilities to, the City.

5.      To the best of the debtor's knowledge, neither the attorney nor the law firm has any connection with the creditors or other parties in interest or their respective attorneys. Mr. D'Arelli and Florida Zoning Law Group do not represent any interest adverse to either the debtor or its parent company.

6.      Attached to this motion is the proposed attorney's affidavit demonstrating Mr. D'Arelli and Florida Zoning Law Group are disinterested as required by 11 U.S.C. §327(a) and a verified statement as required under Bankruptcy Rule 2014.

### Payment of Retainer Deposit

7.      Mr. D'Arelli is not agreeable to working without the payment of a deposit of $10,000 as a retainer against which fees ($350 per hour) and out-of-pocket costs will be billed and drawn monthly. He is willing to defer each draw until he has provided his fully-itemized invoice, and 10 days notice of opportunity to object, to the debtor, to the debtor's counsel Ivan Reich, to the

---

[1] The TIN for this debtor is 200734823.

Assistant United States Trustee, to the counsel for any creditors' committee, and to the counsel for CanPartners Realty Holding Company IV, LLC and, if an objection is timely filed, to further defer the draw until the bankruptcy court rules upon the objection.

## Requested Administrative Claim for Any Advance of Retainer by Mapuche, LLC

8.      Mapuche LLC—which is the sole equity interest holder in Fashion Mall's sole equity interest holder (co-debtor US Capital Holdings, LLC)—has agreed to advance the retainer, in exchange for an administrative claim in the case and the right to convert that claim to an infusion of new value in consideration of any chapter 11 plan. In the event the retainer becomes exhausted, Mr. D'Arelli understands that further court authority for advances will be necessary. Debtor has agreed that upon the retainer balance being depleted to the amount of $5,000 from time to time, debtor will seek court authority to replenish the retainer to $10,000. If such further advances are not approved, Mr. D'Arelli shall be entitled to withdraw from representation on this matter.

WHEREFORE, the debtor respectfully requests an order authorizing the retention of Paul D'Arelli of Florida Zoning Law Group, P.A. on a general retainer, pursuant to 11 U.S.C. §§327 and 330, approving the advance of $10,000 by Mapuche LLC to Fashion Mall for the purpose of paying the retainer, and approving Mr. D'Arelli drawing upon the retainer each month after first providing his fully-itemized invoice, and 10 days notice of opportunity to object, to the debtor, to the debtor's counsel Ivan Reich, to the Assistant United States Trustee, to the counsel for any creditors' committee, and to the counsel for CanPartners Realty Holding Company IV, LLC.

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2012 I electronically filed the foregoing document with the clerk of the court using CM/ECF, which is serving the document via transmission of Notices of Electronic Filing to those counsel or parties who are authorized to receive such notices. I also

certify that the foregoing document is being served this day in the manner specified on all parties

identified on the attached service list, excepting those who received service today through

CM/ECF.

March 1, 2012                    GRAYROBINSON, P.A.
                                 Counsel for Debtor-in-Possession
                                 US Capital/Fashion Mall, LLC
                                 401 E. Las Olas Blvd., Suite 1850
                                 Fort Lauderdale, FL  33301
                                 Ph. (954) 761-8111—Fax (954) 761-8112

                                 s/Patrick S. Scott
                                 Patrick S. Scott
                                 Fla. Bar No. 290025
                                 Ivan J. Reich
                                 Fla. Bar No. 778011
                                 Michael D. Lessne
                                 Fla. Bar No. 0073881

# 1433013 v1

4

**SERVICE LIST**

Akerman Senterfitt & Eidson PA
P.O. Box 4906
Orlando, FL 32802

Becker & Poliakoff, P.A.
P.O. Box 9057
Fort Lauderdale, FL 33310-7948

Broward County Tax Collector
P.O. Box 29009
Fort Lauderdale, FL 33302

OS Tropical, LLC/Bonefish
c/o Christian C. Burden
Quarles & Brady LLP
101 E. Kennedy Blvd-Ste. 3400
Tampa, FL 33602

Fashion Mall Managing Member Corp.
c/o Gregory R. Beck
Gregory R. Beck, P.A.
707 Southeast 3rd Avenue- 6th FL
Fort Lauderdale, FL 33316

PHF Plantation LP
dba Sheraton Suites Plantation
 311 N University Drive
Plantation, FL 33324

Seiler, Sautter, Zaden, Rimes & Weih
2850 N. Andrews Avenue
Wilton Manors, FL 33311

US Alliance Management Corp.
dba US Security
c/o Michael William Skop
12865 W Dixie Hwy- Fl 2
Miami, FL 33161

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

US CAPITAL HOLDINGS, LLC,

Case No. 12-14517-JKO
(Motion for Joint Administration Pending)

Debtor.                              /

Chapter 11

In re:

US CAPITAL/ FASHION MALL, LLC,

Case No. 12-14519-RBR

Chapter 11

Debtor.                              /

## DECLARATION OF PROPOSED SPECIAL COUNSEL FOR DEBTOR

Paul D'Arelli, *pursuant to 28 U.S.C. § 1746, declares under penalty of perjury under the laws of the United States of America that the following is true and correct:*

1.      I am an attorney admitted to practice in the State of Florida.

2.      I am employed by the Florida Zoning Law Group, 8201 Peters Road, Suite 1000, Plantation, Florida 33324.

3       Neither I nor the firm represent any interest adverse to the debtor, or the estate, and we are disinterested persons as required by 11 U.S.C. ' 327(a).

4.      Neither I nor the firm have connections with the debtor, its creditors, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee as required by FRBP 2014. My former firm, Berger Singerman, is owed money by the debtor for past services, but I am not entitled to share in anything that Berger Singerman recovers as a creditor in this case.

5.      Except for the representation of the U.S. Capital Fashion Mall, LLC in connection with the development entitlements for the redevelopment of the former Fashion Mall in Plantation, Florida in the matter for which I am seeking to be retained, neither I nor the firm has or will represent any other entity in connection with this case and neither I nor the firm will accept any fee from any other party or parties in this case, except the debtor or trustee.

Paul D'Arelli
February 28, 2012

# 1429264 v1